UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONNIE E. WUBKER (#439037)

VERSUS

WARDEN N. BURL CAIN, ET AL

CIVIL ACTION

NO. 10-370-JVP

## RULING

The court has carefully considered the complaint filed by plaintiff, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 5, 2010 (doc. 6). Plaintiff has filed objections to the report and recommendation (docs. 7, 8, and 10) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Complaint shall be dismissed, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, December 13th 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA